**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 107 MAL 2019

              Respondent   :

                                 :    Petition for Allowance of Appeal from

                                 :    the Order of the Superior Court

         v.                      :

                                 :

MATTHEW WOLFE,            :

                                 :

              Petitioner      :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 24th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.